FILED
GREAT F' LS

2009 OCT 26  PM 1 52

PATRICK E. DUFFY, CLERK

BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| WILLIAM K. HASLAM, | |
| Plaintiff, | No.  CV-09-54-BU-SEH-RKS |
| vs. | **ORDER** |
| TOM J. VILSACK, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

United States Magistrate Keith Strong entered his Findings and

Recommendations[1] on July 30, 2009.  Plaintiff filed objections on October 2,

2009.  The Court reviews *de novo* findings and recommendations to which

objection are made.  28 U.S.C. § 636(b)(1).

---

[1] Docket No. 7.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1.    Plaintiff's Amended Complaint[2] is DISMISSED with prejudice.

2.    Any appeal from this disposition will be taken in bad faith as the Plaintiff has twice failed to state a viable claim for relief.  Fed. R. App. P. 24(a)(3).

3.    The Clerk shall enter judgment accordingly.

DATED this __26th__ day of October, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 6.